STATE OF NEW JERSEY v. ROBERT L. GERSON.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. FRANKIE SANCHEZ.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. EDGETON HENRY.

Sept. 18, 1979.   Petition for certification denied.

BOROUGH OF FAIR LAWN v. STATE OF NEW JERSEY,
CIVIL SERVICE COMMISSION.

Sept. 18, 1979.   Petition for certification denied.

EMORY JOHNSON v. GARY J. HILTON.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS ROSEN.

Sept. 18, 1979.   Petition for certification denied.